JODI LINKER
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:         Angela_Hansen@fd.org

Counsel for Defendant TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASHAVU TURNER,<br><br>Defendant. | Case No.: 4:21–mj-70536 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING, EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, AND WAIVE TIME UNDER RULE 5.1**<br><br>Hearing Date: March 8, 2022 |

The above-captioned matter is set on March 8, 2022, at 10:00 a.m., before this Honorable Court, for a status regarding preliminary hearing. The parties jointly request that the Court continue this matter to March 30, 2022.  The government has produced discovery, which defense counsel is reviewing and discussing with her client.  In addition, the parties are discussing a resolution, and the requested continuance will enable those discussions by providing additional time for the defense to investigate and to process the discovery.

For these reasons, the parties agree to continue this matter to March 30, 2022 for a status hearing on the preliminary hearing or arraignment and to exclude time under the Speedy Trial Act from March 8, 2022 to March 30, 2022 because the ends of justice served by the continuance

outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  The parties further stipulate and agree that the failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the parties agree to waive time under Federal Rule of Criminal Procedure 5.1, from March 8, 2022 to March 30, 2022.  Mr. Turner consents to this waiver and the parties agree that it takes into account the public interest in the prompt disposition of criminal cases.

For these reasons, the parties request that the Court vacate the March 8, 2022 status hearing and reset this case to March 30, 2022.  The parties further request that the Court find good cause for extending the time limit for a preliminary hearing under Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act as set forth above.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: March 7, 2022

JODI LINKER
Federal Public Defender
Northern District of California

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated: March 7, 2022

STEPHAINE HINDS
United States Attorney
Northern District of California

/S/
NOAH STERN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASHAVU TURNER,<br><br>Defendant. | Case No.: 4:21–mj-70536 MAG<br><br>**ORDER TO CONTINUE STATUS HEARING, EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, AND WAIVE TIME UNDER RULE 5.1** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of March 8, 2022, is vacated and reset for a status regarding preliminary hearing or arraignment on March 30, 2022, at 10:00 a.m.

It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through March 30, 2022.  Furthermore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the preliminary hearing is continued based on the parties' showing of good cause to waive time under Federal Rule of Criminal Procedure 5.1.  The Court finds good cause for extending the time limits for a preliminary hearing under Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.  Accordingly, IT IS HEREBY ORDERED THAT the waiver of time under Rule 5.1 is effective from March 8, 2022 to March 30, 2022.

1
2        IT IS SO ORDERED.
3
4    Dated:    March 7, 2022
5
6                                          
7
8                                          _____
                                           THE HONORABLE DONNA M. RYU
9                                          United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO CONTINUE AND TO EXCLUDE TIME
*TURNER*, MJ 21–70536 MAG